IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
APR 1 8 2023
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.

JEFFREY WAYNE COOPER

CRIMINAL CASE NO. 1:23-CR-53

18 U.S.C. § 921(23)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5845(b)

## INDICTMENT

The Grand Jury charges that:

MAG23 201

### COUNT ONE

On or about October 23, 2019, in the Northern District of Mississippi, JEFFREY WAYNE COOPER, defendant, did knowingly possess a machinegun, as that term is defined in Title 18, United States Code, Section 921(23) and Title 26, United States Code, Section 5845(b), that is, a Glock, model 22, .40 caliber pistol with a Glock-type fully automatic conversion device and vertical fore grip. All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(o) set forth in Count One of this Indictment, the defendant, JEFFREY WAYNE COOPER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the commission of the offense, including a Glock, model 22, .40 caliber pistol with a Glock-type conversion fully

automatic conversion device and vertical fore grip, one high capacity 50 round magazine, and fifty-one rounds of .40 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
CLAY JOYNER
UNITED STATES ATTORNEY

*/s/ Redacted Signature*
FOREPERSON

RECEIVED
APR 18 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                          CRIMINAL CASE NO. 1:23-CR- 53

JEFFREY WAYNE COOPER

18 U.S.C. § 921(23)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5845(b)

**PENALTIES**

**Count One**
**18 U.S.C. §§ 922, 924(a)(2)**

| | |
|---|---|
| Not more than 10 years imprisonment | 18 U.S.C. § 924(a)(2); |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571(b)(3); |
| Not more than 3 years supervised release | 18 U.S.C. § 3583(b)(2); |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(A). |